# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON, | : | PRISONER |
| *plaintiff,* | : | NO. 3::01CV-1347 (WWE)(HBF) |
| | : | |
| V. | : | |
| | : | |
| TROOPER PEREZ, #544, | : | |
| TROOPER SOSCIA, #609, and | : | |
| STATE OF CONNECTICUT, | : | |
| STATE POLICE, | : | |
| *defendants.* | : | AUGUST 21, 2003 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, by and through his counsel, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S, 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

THE PLAINTIFF

Bristout J. Bourguignon #265860
Garner Correctional Institution
50 Nunnawauk Road
Newtown, Connecticut 06470

Motion GRANTED. It is SO ORDERED.
11/_/__  10/22/2003