UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

PEREZ

Case # 3:01-cv-1347

FILED APR 17 2007
US DISTRICT COURT
BRIDGEPORT CONN

## MOTION TO REIMBURSE THE PLAINTIFF COURT FEES IN THE FORMA PAUPERIS IFP STATUS

The plaintiff respectfully ask the Court to Reimburse the plaintiff court fees in the forma pauperis IFP status because the plaintiff financial status is not stable and unable to receive any fund from outside world for more than six months. The plaintiff inmate account has insufficient funds and the plaintiff has insufficient fund and the plaintiff has no money to buy small amenties of life which he has no money to buy small amenties of life which he has permitted to acquire inquire in prison or hospital behond the food, clothing, and lodging already furnished by the federal system and state systems. The plaintiff ask the court for his money back. Wherefore, the plaintiff ask the court to grant this motion with all respect.

THE PLAINTIFF
Bristout Bourguignon

### CERTIFICATION

I hereby certify that the following motion was mailed on 4-17-07, to Attorney Robert Fiske, III at 110 Sherman Street, Hartford, CT. 06105.

Bristout Bourguignon