UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
BRISTOUT BOURGUIGNON           :
                               :           PRISONER
     v.                        :   Case No. 3:01CV1347(HBF)
                               :
PEREZ, et al.                  :
```

RULING AND ORDER

Plaintiff asks the court to reimburse the filing fee in this case because he cannot afford to purchase amenities from the commissary. Plaintiff identifies no authority that would authorize reimbursement and research has revealed none. See Lucien v. DeTella, 141 F.3d 773, 775 (7th Cir. 1998) (holding that filing fee is part of cost of litigation and may not be reimbursed). Thus, plaintiff's motion [**doc. #66**] is **DENIED**.

**SO ORDERED** this 11th day of October, 2007, at Bridgeport, Connecticut.

                                            /s/
                                        Holly B. Fitzsimmons
                                        UNITED STATES MAGISTRATE JUDGE